659

*Green* and *George B. Edgerton* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 823. LaBudde, Collector of Internal Revenue, *v.* Cudahy Brothers Co. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Acting Solicitor General Bell* for petitioner. *Mr. William F. Hannan* for respondent.

No. 824. Williams, Trustee in Bankruptcy, *v.* Corden Corporation et al. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James M. Naylor* for petitioner. *Messrs. Ernest J. Torregano* and *Charles M. Stark* for respondents.

No. 825. Fort Pitt Bridge Works *v.* Commissioner of Internal Revenue. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Robert T. McCracken* and *Leonard K. Guiler* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 826. Kosolapoff *v.* Petrogradsky Mejdunarodny Kommerchesky Bank. April 4, 1938. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Harmon S. Graves* for petitioner. *Messrs.*

660

*Paul C. Whipp* and *Lounsbury D. Bates* for respondent.

No. 828.  GOLDING BROTHERS CO. *v.* DUMAINE ET AL., TRUSTEES.  April 4, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.  *Mr. Israel Gorovitz* for petitioner.  *Mr. Charles P. Curtis, Jr.* for respondents.

No. 833.  BOSTON MACHINE WORKS CO. *v.* PRIME MANUFACTURING CO.  April 4, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.  *Mr. Melville F. Weston* for petitioner. *Messrs. George P. Dike* and *Cedric W. Porter* for respondent.

No. 837.  ROBERTS ET AL. *v.* METROPOLITAN LIFE INS. Co. ET AL.  April 4, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Jay E. Darlington* for petitioners.  *Mr. S. Ashley Guthrie* for respondents.

No. 843.  COHEN *v.* MARYLAND.  April 4; 1938.  Petition for writ of certiorari to the Court of Appeals of Maryland denied.  *Messrs. Harry O. Levin* and *Isaac Lobe Straus* for petitioner.  No appearance for respondent.

No. 844.  ROBERT JACOB, INC., *v.* GUNNARSON, ADMINISTRATRIX, ET AL.  April 4, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second